■ AETNA CASUALTY & SURETY Co., Appellant, v HARTFORD INSURANCE Co., Respondent. [626 NYS2d 712] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Pooler, J. (Appeal from Order of Supreme Court, Onondaga County, Pooler, J.—Summary Judgment.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.